# M A N D A T E

**THE STATE OF TEXAS**

**TO THE PROBATE COURT NO 1 OF BEXAR COUNTY, GREETINGS:**

Before our Court of Appeals for the Fourth District of Texas on August 19, 2015, the cause upon appeal to revise or reverse your judgment between

In the Estate of Consuella Perkins Ulbrich, Appellant

V.

No. 04-14-00812-CV and Tr. Ct. No. 2011-PC-0686

was determined, and therein our said Court of Appeals made its order in these words:

**In accordance with this court's opinion of this date, this appeal is DISMISSED. Costs of court for this appeal are taxed against the party who incurred them.** *See* **TEX. R. APP. P. 43.4.**

WHEREFORE, WE COMMAND YOU to observe the order of our said Court of Appeals for the Fourth District of Texas, in this behalf and in all things have the order duly recognized, obeyed, and executed.

WITNESS the Hon. Sandee Bryan Marion, Chief Justice of the Court of Appeals for the Fourth District of Texas, with the seal of the Court affixed and the City of San Antonio on October 27, 2015.

KEITH E. HOTTLE, CLERK

Cynthia A. Martinez
Deputy Clerk, Ext. 53853

# BILL OF COSTS

# TEXAS COURT OF APPEALS, FOURTH DISTRICT, AT SAN ANTONIO

No. 04-14-00812-CV

## In the Estate of Consuella Perkins Ulbrich

**v.**

(NO. 2011-PC-0686 IN PROBATE COURT NO 1 OF BEXAR COUNTY)

| TYPE OF FEE | CHARGES | PAID | BY |
|---|---|---|---|
| MOTION FEE | $10.00 | E-PAID | KRISTINE ARLITT |
| MOTION FEE | $10.00 | E-PAID | WILLIAM CRIST |
| SUPPLEMENTAL CLERK'S RECORD | $164.00 | PAID | PHILIP ROSS, ATTORNEY |
| MOTION FEE | $10.00 | E-PAID | PHILIP ROSS |
| CLERK'S RECORD | $278.00 | PAID | PHILIP ROSS |
| SUPREME COURT CHAPTER 51 FEE | $50.00 | E-PAID | PHILIP MARTIN ROSS |
| INDIGENT | $25.00 | E-PAID | PHILIP MARTIN ROSS |
| FILING | $100.00 | E-PAID | PHILIP MARTIN ROSS |
| STATEWIDE EFILING FEE | $20.00 | E-PAID | PHILIP MARTIN ROSS |

**Balance of costs owing to the Fourth Court of Appeals, San Antonio, Texas:  0.00**

*Court costs in this cause shall be paid as per the Judgment issued by this Court.*

I, **KEITH E. HOTTLE,** CLERK OF THE FOURTH COURT OF APPEALS OF THE STATE OF TEXAS, do hereby certify that the above and foregoing is a true and correct copy of the cost bill of THE COURT OF APPEALS FOR THE FOURTH DISTRICT OF TEXAS, showing the charges and payments, in the above numbered and styled cause, as the same appears of record in this office.

**IN TESTIMONY WHEREOF,** witness my hand and the Seal of the **COURT OF APPEALS** for the Fourth District of Texas, this October 27, 2015.

**KEITH E. HOTTLE, CLERK**

Cynthia A. Martinez
Deputy Clerk, Ext. 53853